**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-1177

HOMER W. WALKER,

Plaintiff - Appellant,

versus

NATIONSBANK; JOE TEMPLE; C. KIM NAZARCHYK;
FAYE MCDANIEL,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, District Judge.  (CA-96-1034-5-BR)

Submitted:  March 27, 1997         Decided:  April 4, 1997

Before RUSSELL,[*] LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Homer W. Walker, Appellant Pro Se.  Benjamin Franklin Davis, Jr., SMITH, HELMS, MULLISS & MOORE, L.L.P., Greensboro, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

[*] Judge Russell did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for recusal. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3